# In the United States Court of Federal Claims

No. 06-191C

(Filed: April 27, 2007)

*************************************** *
*
JUSTINA CORCELLES HERNANDEZ, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

## ORDER

On February 23, 2007, counsel for Defendant filed with the Court a motion for a more definite statement of Plaintiff's claims. Rule 12(e) of the Court's rules ("RCFC") provides that a party may move for a more definite statement where "a pleading to which a responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading[.]" RCFC 12(e).

The Court appreciates that Plaintiff's Complaint was apparently drafted without the assistance of counsel. Nonetheless, the Court concludes that the Complaint is not so vague or ambiguous at to deprive Defendant of the ability to reasonably discern and respond to the allegations therein. Accordingly, Defendant's motion is DENIED. Defendant's Answer is due on or before May 11, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge