# WAR DEPARTMENT
## CLASSIFIED MESSAGE CENTER
## INCOMING CLASSIFIED MESSAGE

[redacted]

PARAPHRASE NOT REQUIRED PER EXCEPTIONS PAR 44g AR 380-5

From: Commander in Chief Army Forces, Pacific Command Manila, Philippines

To: War Department

Nr: C 35968 23 August 1945

From CINCAFPAC to WARCOS C 35968.

Reurad W 50126 August 15, members of Philippine Army and civilian Filipino nationals are not being enlisted or appointed in the AUS at the present time nor is such action contemplated.

Concur in immediate termination of authority for appointment or enlistment in AUS of individuals in these categories. However believe authority for reenlistment Philippine Scouts in AUS should be continued until 31 December. Philippine Scouts are still being recovered from remote regions and from guerrilla forces until recently in combat.

It is anticipated that all those recoverable will be returned to full military control by date indicated.

End

ACTION: G-1

INFO : OPD, G-3, Bud Div

CM-IN-22373 (23 Aug 45) DTG 23/0707Z da

[redacted]

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By E7 NARS Date 7-16-73

COPY NO. 22

THE MAKING OF AN EXACT COPY OF THIS MESSAGE IS FORBIDDEN

## PART IV

## THE PAY OF THE PHILIPPINE ARMY

At the outbreak of war in the Philippines there were four (4) widely varying rates of pay for EM in the islands; EM of the U.S. Army, EM of the U.S. Army's Philippine Scouts, EM of the Philippine Army Air Corps, and EM of the rest of the Philippine Army.* (See Table II).

---

* Pay rates for PA EM were fixed by Philippine Commonwealth Act No. 569, 23 July 1938, and published in the Office of the Chief of Finance (USA), War Department Services of Supply, Finance Bulletin No. 104, 3 September 1942.

---

Pay of PA officers was roughly half that of U.S. Army officers.*

---

* Pay rates for PA officers were fixed by President Quezon's Executive Order No. 155, 23 July 1938, also published in Finance Bulletin No. 104.

---

The basic rationale for the low pay of the PA was the low standard of living and lower cost of living in the Philippines. This rationale attains considerable validity, but close scrutiny of the rationale raises some questions. For instance why was one group of Filipinos, the U.S. Army's Scouts, paid more than another group, the PA? Logic would have it that both groups had about the same standard and cost of living. Also, if the cost of living in the islands was so low, why were not U.S. Army troops stationed in the islands paid at a reduced rate? To extend an analogy, why was the U.S. Army's 65th Infantry Regiment, stationed on Puerto Rico, paid the same rate as other U.S. Army units? — the 65th Infantry was largely composed of native

## TABLE II

**BASE PAY RATES OF EM IN THE PHILIPPINES UPON OUTBREAK OF WORLD WAR II**
(All in terms of Dollars per month)

| | U.S. Army | Philippine Scouts | Philippine Army** | Philippine Air Corps |
|---|---|---|---|---|
| Master Sergeant | $126.00 | $43.00 | $22.50 | $42.50 |
| First Sergeant | 84.00 | 35.00 | 21.25 | 40.00 |
| Technical Sergeant | 84.00 | 35.00 | 20.25 | 32.50 |
| Staff Sergeant (T/3) | 72.00 | 30.00 | 18.00 | 21.00 |
| Sergeant (T/4) | 60.00 | 25.50 | 15.00 | 18.00 |
| Corporal (T/5) | 54.00 | 18.50 | 11.00 | 13.50 |
| Private First Class | 36.00 | 11.00 | 8.50 | 11.00 |
| Private | 30.00* | 9.00 | 7.00 | 8.50 |

(*$21.00 for first 4 months)

(**Some minor differences existed between these pay rates and those of the Medical Service:

| | |
|---|---|
| Medical Sergeant | $18.00 |
| Medical Corporal | 14.00 |
| Medical Private | 11.00 |

Note: Above does not consider longevity pay, nor specialist pay. Members of the Philippine Army (but not Air Corps) could receive specialist pay ranging from $1.50 to $30.00 per month extra. Also, all EM of the Philippine Army and Air Corps could receive a quarters and subsistence allowance not to exceed $.50 per day (roughly $15.00 per month).

Puerto Rican EM, whose standard of living and cost of living was lower than that on the mainland. Even in a country -- the Philippines -- where the average farming peasant had a cash income of only $85.00 per year, the pay scale of the PA was still low before World War II. Like the U.S. Army private who could not possibly live and raise a family on $21.00 a month, a PA private could not possibly live and raise a family on $7.00 a month.

As has been described previously in this study, General MacArthur, in late February 1942, recommended to the War Department that PA pay scales be raised to U.S. Army levels, repeating this recommendation early in March 1942. At the same time President Quezon was preparing to take unilateral action to equalize the pay rate of the PA. Quezon obviously had MacArthur's approval for this step, for in his March radio to the War Department MacArthur told General Marshall that he -- MacArthur -- had pursuaded Quezon not to equalize the PA EM pay scale to the U.S. Scale but rather to the scale of the U.S. Army's Philippine Scouts. This, MacArthur stated, was to avoid having the PA EM paid at a higher rate than the PS EM. (When General MacArthur sent his 9 March 1942 message to the War Department he was on the eve of his departure from the Philippines. At the same time, he obviously knew that only the Secretary of the Army could change the pay scale of the PS EM, and that it might take some time to obtain such a change. This combination of circumstances probably influenced his decision not to try to get the PS EM pay scale changed and to have the new pay scale of PA EM brought into line with the PS EM).

By an unnumbered Executive Order of 10 March 1942, effective on 15 March 1942, President Quezon raised the PA pay scales. For the EM, the effect of the order was to bring the pay of the PA EM in line with that of the PS EM, while at the same time ending the earlier sharp distinction in pay between the EM of the bulk of the Philippine Army and that of the EM of the Philippine Army Air Corps. (Table III).

No indication has been found that any U.S. Government agency objected to Quezon's unilateral action. To the contrary, as a result of MacArthur's recommendation legislation was introduced into Congress to formally equalize the pay of the PA and the U.S. Army. As stated previously in this study, such legislation passed the U.S. Senate, but "died" in the U.S. House of Representatives, largely because the whole subject became rather moot after the surrender of the Philippines. In any case, that no U.S. Government agency raised serious objections to the Quezon-directed pay raises for the PA is evidenced by the fact that the U.S. Army Chief of Finance published the new Quezon pay rates in November 1942 "for the information and guidance of all Finance Officers."*

---

* Office of the Chief of Finance, Services of Supply, U.S. War Department, Finance Bulletin No. 136, 25 November 1942.

---

During most of the rest of World War II, some sporadic efforts were made by various agencies and VIP's to have a blanket equalization of PA and PS pay with that of the U.S. Army, but nothing really happened. Instead, came the various authorities, cited previously in this study, to permit PA, PS, and Filipino civilians to be appointed

TABLE III

QUEZON-DIRECTED PAY SCALES, 15 MARCH 1942
(Dollars per month)

| | Philippine Army | Philippine Air Corps |
|---|---|---|
| Master Sergeant | $43.00 | $43.00 |
| First Sergeant | 35.00 | 40.00 |
| Technical Sergeant | 35.00 | 32.50 |
| Staff Sergeant | 30.00 | 30.00 |
| Sergeant | 25.50 | 25.50 |
| Corporal | 18.50 | 18.50 |
| Private First Class | 11:00 | 11.00 |
| Private | 9.00 | 9.00 |

or enlisted in the AUS. Such authority apparently extended only to PA, PS, and Filipino civilians outside the Philippine Islands and was conferred largely to permit the three groups to maintain a decent standard of living in such areas as CONUS and Australia. Meanwhile, during the course of the war, the pay of AUS EM increased, and the PA, PS, and Filipino civilian nationals who enlisted in the AUS under the authorities previously cited obtained such pay increases. (There were no major changes in the pay of AUS officers during the war).

Then, on 28 October 1944, just after the American re-entry into the Philippines, President Osmeña * issued Executive Order No. 22,

* Osmeña, Quezon's vice president, succeeded Quezon in the presidency when the latter died.

which equalized the pay of the PA to that of the U.S. Army to include all units and personnel -- members of redognized guerrilla forces -- he had "converted" into the active service of the reconstituted PA in accordance with his Executive Order No. 21, also 28 October 1944. The two acts must have had the approval of General MacArthur, for both Executive Orders were published over MacArthur's command line in HQ USAFFE Circular No. 100, 17 November 1944. In sum, Executive Order No. 22 made little change in the officer pay for the reconstituted PA, but did make considerable changes in the EM pay, (See Table IV), putting that on a par with AUS EM pay as set forth in AR 35-2340, 31 August 1942.

Executive Order No. 22 soon caused considerable concern at the War Department and other U.S. Government agencies. From early 1942 to

TABLE IV

PAY OF ENLISTED MEN OF THE PHILIPPINE ARMY
(Dollars per month)

| | Quezon Pay Scale of 15 March 1942 | Osmena Pay Scale of 28 October 1944 |
|---|---|---|
| Master Sergeant | $43.00 | $138.00 |
| First Sergeant | 35.00 | 138.00 |
| Technical Sergeant | 35.00 | 114.00 |
| Staff Sergeant | 30.00 | 96.00 |
| Sergeant | 25.50 | 78.00 |
| Corporal | 18.50 | 66.00 |
| Private First Class | 11.00 | 54.00 |
| Private | 9.00 | 50.00 |

October 1944 the U.S. Government had been willing to permit the few hundred PA and PS personnel outside the Philippine Islands to be appointed or enlisted in the AUS so as to maintain a decent standard of living.* But the prospect of having to pay about 120,000 PA veterans

* This leaves out of consideration the Filipino nationals who were members of the 1st Filipino Regiment and 2d Filipino Battalion, who were AUS to begin with.

on the AUS scale, including back pay and possibly all U.S. Army veterans' benefits as well, was a bit much. Equally depressing from a financial point of view was the fact that plans were already being implemented to rebuild a Philippine Army substantially larger than that raised before World War II. As long as the "new" PA remained in the service of the U.S. Armed Forces (as it did until 30 June 1946), the U.S. Army would be responsible for the pay of the "new" PA. If that pay were to be at the Osmeña-decreed rate for EM of the PA, the added expense would be enormous.

Hurriedly, the War Department studied the problem, reaching the conclusion that it would not and could not approve the Osmeña pay rates.* The Secretary of War radioed MacArthur the War Department's

* See, for example Memorandum, Director, Budget Division, WD for the Chief of Staff, 30 November 1944, copy in G-1 WD File WDGAP 240 (6-10-42), National Archives.

objections and Executive Order No. 22 was rescinded, the PA pay rates for EM reverted to the scale of the 10 March 1942 Quezon Executive Order.*

* MS, "History of the United States Army Forces in the Far East,

1943 - 1945," in OCMH files, pp. 152 - 53.

At the same time, the Secretary of War authorized MacArthur to work out percentage increases in PA EM pay proportionate to those received by U.S. Army personnel during the war. Available sources do not indicate that any such percentage raises took place. Whatever the case, the War Department had completely reversed its early 1942 position, when it had urged Congress to pass legislation to bring PA pay scales into parity with those of the U.S. Army. The 1944 decision also let rest an anomaly -- PA officers were paid essentially on the same scale as U.S. Army officers, but PA EM pay was much lower than that of U.S. Army EM.

Thus, until 30 June 1946, when the PA was released from service in the U.S. Armed Forces and reverted to the Commonwealth, the pay of EM of the PA and the PS remained essentially the same. However, on 1 June 1946, the Secretary of War raised the pay of PS EM to half the rate of U.S. Army EM -- there was no corresponding raise in the pay of PA EM.

The rationale the War Department used in reaching its late 1944 decision to have Osmeña's Executive Order No. 22 rescinded was based largely on the following points: the pay raise would be highly inflationary; it would put the pay of PA EM substantially above that of many appointed or elected provincial and munincipal officials; it would put the pay of PA EM quite out of line with the salaries of average workers in the islands; and the Commonwealth Government would not have the wherewithal to continue paying the PA EM at U.S.

Army rates after the PA reverted to Commonwealth control. All these attained considerable validity except, perhaps, for the inflationary reason. Actually, inflation and black-marketing were rampant in the Philippines following the end of hostilities and the PA EM had a very difficult time under the March 1942 pay scale.

PART V

## THE PHILIPPINE SCOUTS (PS)

On 1 September 1899 a company of "Macabebe Scouts," the "informal" predecessor of the Philippine Scouts, was organized. These early PS troops (officered by U.S. Army officers) were paid by the Bureau of Insular Affairs of the War Department.* By Section 36, 31 Stat L 757, 2 February 1901, the Scouts were transferred into the regular (RA) establishment of the U.S. Army, and were paid thereafter through direct U.S. Army funds. Initially, the Philippine Scouts (both U.S. Army officers as well as Filipino EM) were considered a branch of the RA, in the same status as Infantry or Artillery. In 1920, however, the branch distinction was removed from the PS, and officers and men of the PS became members of the other RA branches, such as Infantry or Field Artillery.

* The Bureau of Insular Affairs of the War Department was transferred to the Department of the Interior, effective 1 July 1939.

The initial (1901) authorization for the PS considered a total of 12,000 troops, but budgetary considerations held down the PS to a strength of about 6,000 until a few months before the outbreak of World War II. Then, recruitment was reinstituted until, by 8 December 1941, the PS numbered just under the 12,000 authorization. There was little difficulty in recruiting new members of the PS, for the Filipinos considered the PS elite troops. Moreover, until March 1942, the PS EM pay scale was considerably higher than that of the PA EM, although not up to that of U.S. Army EM. The PS units were well trained and well

equipped (especially in comparison to the Philippine Army) and generally did an outstanding job during the 1st Philippine Campaign.

There seems to be no difficulty about the Philippine Scouts raised in accordance with pre-World War II regulations. Obviously, such troops*

* Most of the nearly 12,000 EM of the PS raised before WW II were Filipino nationals, but a substantial number (exact figures are not presently available) were U.S. citizens with Philippine residence. Although the bulk of the EM were Filipinos (of whatever citizenship), most of the officers were U.S. Army RA. However, about 35 officers -- the total runs from 31 to 37, according to the sources consulted -- were Filipinos, of a total of about 685 officers assigned to the PS.

were members of the U.S. Army RA, and as such (according to at least three U.S. Army JAG findings) were entitled to all the benefits accrued to other members of the U.S. Army who served during World War II.

The problem with the PS lies in the post-hostilities PS. First, by WD Radio No. 227, 27 July 1942, the War Department authorized General MacArthur to discharge EM of the PS "for convenience of the government" and re-enlist them in the AUS in commensurate grades. This authority applied to PS EM who were out of the Philippines when the Philippines surrendered, or who subsequently escaped from the Philippines. Manifestly, the intent of the authority was to permit the PS EM to draw sufficient pay -- the AUS scale -- to live in a decent style outside the Philippines.

By radio C-19543 of 15 October 1944 to the War Department, General MacArthur asked if the authority of WD Radio 227 of 27 July 1942 to transfer EM of the PS into the AUS still existed. MacArthur wished to transfer PS EM recovered in the Philippines (after the American re-entry)

into the AUS. The reasons for this request are not clear from readily available sources, but they probably entailed a MacArthur desire to have the recovered PS EM paid on U.S. Army scales rather than that of the pre-war scale for PS EM. This would be in accord with MacArthur's other attempts in 1942 and 1944 to have all PA and PS EM pay equated with that of EM of the U.S. Army. Whatever the case, WD Radio No. WAR-50829 of 18 October 1944 informed MacArthur that the authority of the July 1942 radio to re-enlist PS EM into the AUS still existed. MacArthur immediately undertook to put into effect his program of discharging former PS EM from the PS and re-enlisting them into the AUS. By August 1945 approximately 6,700 former PS EM had been re-enlisted into the AUS.

By radio W-50126, 15 August 1945, the War Department asked MacArthur about continued recruitment of PA, PS, and Filipino civilians into the AUS. By radio C-35968 of 23 August 1945 MacArthur informed the War Department that he agreed to termination of authority to appoint or enlist PA and Filipino civilians into the AUS, noting that he was undertaking no such appointments or enlistments and did not contemplate any further such action. However, MacArthur asked that authority to enlist recovered PS EM into the AUS be continued until 31 December 1945, noting that many such EM were still coming in from remote areas of the islands, where they had been until recently engaged in guerrilla warfare. By radio ~~CM-OUT 50126 of 15~~ WAR-58078 of 31 August 1945 the War Department agreed to MacArthur's request.*

---

* All the radios cited in the foregoing two paragraphs are to be found OPD file, OPD 240 (7-10-42), National Archives, or G-1 Pers Plcs, Enl Br, File WDGAP 210.1 (23 Aug 45), National Archives

Meanwhile, other events were underway to somewhat becloud things. The U.S. Armed Forces Recruitment Act of 1945 -- PL 190, 79th Congress -- contained authority to raise 50,000 "new" Philippine Scouts, the "new" PS to be restricted to Philippine citizens (except, of course, for U.S. Army officers). This paragraph of PL 190 was originally submitted as an amendment to the Act by Senator Carl Hayden of Arizona, but time does not permit further search to ascertain more background.

During the preparation of Section 14 of the Act, considerable correspondence took place between the War Department and Senator Hayden (see Legislative History, Second Supplemental Appropriations Bill, 1946). Shortly after the enactment of PL 190, Senator Hayden asked the War Department for a statement about the PS. This statement (which appears in the Legislative History but in undated and unsigned form), has the War Department take the position that the PS -- in the context of the 50,000 of PL 190 -- were members of the U.S. Regular Army and would therefore be eligible to receive most of the benefits, including those of the GI Bill of Rights, made available to the rest of the U.S. Army. Also, by radio WARX-75609 of 13 October 1945, the War Department informed MacArthur that the EM of the "new" PS were entitled to all benefits, including the GI Bill of Rights and VA benefits.*

---

* A copy of WARX-75609 is to be found in WD OPD File, OPD 336.2 P.I., Sec. III, National Archives.

---

If the "new" PS EM were indeed members of the RA, and entitled to all benefits, as the War Department apparently presumed in late 1945, then sub-paragraph b of 38 USC 107 raises some questions, basic among which is:

how can one segment of the U.S. Regular Army -- the pre-war PS EM recovered in 1944 - 45 -- be eligible for benefits and another segment of the RA -- the "new" PS of the 1945 aughorization -- be ineligible? At the very least, it would appear that EM of the "new" PS who enlisted before 31 December 1946 -- the Veteran's Administration cut-off date for most World War II benefits -- would be eligible for most benefits accruing to U.S. Army personnel, whether RA or AUS.

Initial enlistments in the "new" PS were quite slow, largely because of the pay scale offered. EM of the Philippine Army had no real incentive to transfer to the new PS, for the pay of the PA EM was already the same as that of the PS EM. And the 6,700 or more EM of the old PS were certainly not going to transfer back into the new PS, for they were receiving AUS pay.

Then, in April 1946, the enlistment rate into the new Scouts shot sharply upward. The circumstances evidently influencing the change:

a. Rumors to the effect that PS EM pay was to be raised (as it actually was on 1 June 1946);

b. The reduction in strength of the reconstituted Philippine Army (Plans to raise a PA substantially larger than that which existed at the outbreak of World War II were abandoned after the unexpectedly early surrender of Japan. Knowing that the Philippine Republic, to be established in mid-1946, could not support the expense of the PA contemplated in 1944 - 1945 planning, both the U.S. Government and the Commonwealth Government agreed to drastically reduce the strength of the Philippine Armed Forces).

Insofar as can be ascertained, the 50,000 goal of the "new" PS was

never achieved, and the peak EM strength of the "new" PS was approximately 30,550 (as of June 1947). The changing situation in the Pacific, plus budgetary considerations, made reconsideration of the 1945 50,000 program necessary. On 18 June 1947 President Truman approved a recommendation of the U.S. State-War-Navy Coordinating Committee that the "new" PS be disbanded through gradual reduction in strength. MacArthur, sometime (probably September) in 1948, recommended that enlistment of PS EM be terminated by 30 September 1949, and the strength of the PS would be reduced to about 5,000 by the end of June 1949. DA was to offer enlistments in the U.S. Regular Army to some 1,500 PS EM of the "old" PS who were American citizens and about 700 PS EM who were not American citizens but who had long service in the U.S. Army. The remainder of the PS EM, roughly 25,000, would be released without the privilege of re-enlisting in the U.S. Regular Army.* Further information about the

* Letter, Secretary of the Army to Secretary of State, (no subject), 22 September 1948; with attached Summary Sheet, 15 September 1948, Personnel and Administration, DA. Copies of both in P&A Directorate File GSGPA 200.8, Phil Scouts (14 Jun 46), National Archives.

execution of this approved program is not presently available. Whatever the case, miscellaneous source material in OCMH files indicates that as of 28 February 1950 there were approximately 375 PS EM still in the U.S. Army, mainly hospitalized EM who were awaiting discharge or retirement.

# PART VI

## GUERRILLAS, THE JAPANESE, AND THE PHILIPPINE ARMY

The guerrilla resistance movement in the Philippines began even before the 1st Philippine Campaigh was over.* On Luzon, guerrilla activity

* General sources for this part are: (1) GHQ AFPAC, Volume I, Intelligence Series, "The Guerrilla Resistance Movement in the Philippines," 1 March 1948, copy in OCMH files. (2) Japanese Monograph No. 3, "Philippine Operations Record, Phase II, December 1942 - June 1944." This monograph was prepared under the direction of G-2 AFPAC by former Japanese Army officers.

began with units and personnel (AUS, PA, and PS) cut off by the rapid advance of the Japanese invaders to Manila and in front of Bataan. In the southern islands, where the Japanese initially landed only light forces, preparations for guerrilla warfare were well along when the surrender came. At the time of the surrender, most American officers and EM in the islands became prisoners, but a number melted into the hills, excaped from Bataan or the Death March, or later escaped from POW camps. A very large proportion of the PA, both officers and EM, did likewise and formed the nucleus of many guerrilla organizations. A substantial number of additional recruits came to the guerrillas when the Japanese reversed their policy of brutal treatment of Filipino POW's and released the survivors from POW camps.

During much of 1942 and early 1943 organizational and supply problems, coupled with overly-aggressive moves against Japanese forces, hampered the development of an effective guerrilla movement. The too-overt guerrilla operations brought down Japanese retaliation that resulted in

the disorganization of many guerrilla units and the capture of many of the earlier guerrilla leaders. Then, in March 1943, General MacArthur, from GHQ SWPA in Australia, forwarded instructions to the guerrillas to limit combat contact with the Japanese to the minimum necessary for self-protection of the guerrilla units. The guerrillas, MacArthur's policy statement continued, should concentrate on perfecting organization and on obtaining intelligence information to be forwarded to GHQ SWPA. Serious combat offensives against Japanese forces would have to wait until GHQ SWPA could send into the islands the necessary arms, ammunition, and other supplies. *

* Such a radio is cited in Volckmann, op. cit., pp. 120 - 21. So far, OCMH has been unable to find a copy of the radio.

Table V summarizes the command and control of most of the major and most effective guerrilla units as of approximately mid-1944. * Many

* Table V is summary in nature and does not reflect all the information available to OCMH concerning the command of guerrilla units.

of the more effective units were commanded by U.S. Army officers. Indeed, during the latter phases of the 2d Philippine Campaign, in 1945, Colonel Volckmann's USAFIP(NL), with limited U.S. Army artillery and air support, virtually assumed the role of an additional U.S. Army division. The action of this guerrilla force saved time, and doubtedlessly many American casualties, during the reconquest of northern Luzon. Likewise, the effectiveness of Colonel Fertig's organization on Mindanao could well

TABLE V

COMMAND OF MAJOR GUERRILLA UNITS IN THE PHILIPPINES

Layte Area Command (92d Division)

CO Col. R.K. Kangleon (PA)
CO 94th Infantry Maj. P. Jain (PA)
CO 95th Infantry LTC A. Balderian (PA)

Samar Area Command (93d Division)

CO Lt. Col. C.M. Smith (AUS)
CO Northern Samar Capt. P.V. Merritt (PA)
CO Southern Samar LTC. J. Causing (PA)

Central Luzon

East Central Luzon Guerilla Area (ECLGA)

CO Maj. E.P. Ramsey (AUS)

West Luzon Guerilla Force

CO LTC G. Merrill (AUS)
XO LTC P.D. Calyer (AUS)

Boone Guerillas

CO Capt. J. Boone (AUS)

Anderson Guerillas

CO Maj. B. Anderson (AUS)
CO Ball Military Area Maj. A. Santos (AUS)
CO Ohio Military Area Maj. R. Barros (AUS)
CO Texas Military District ?
CO Salt Military Area Ponciano Redor (PA)

Cebu Island (85th Division)

CO LTC J.M. Cushing (AUS)
CO 85th Infantry Maj. R. Espiritu (PA)
CO 86th Infantry Maj. M. Albenda (PA)
CO 87th Infantry Maj. A.F. Trazon (PA)
CO 88th Infantry Maj. B. Hale (AUS)

Northern Luzon

United States Army Forces in the Philippines (NL) (USAFIP (NL))

CO Col. R.W. Vockmann (USA)
XO Maj. P. Calvert (USA)
G-1 Maj. F. Maglaya (PA-AUS)
G-2 Maj. A. Murphy (AUS)
G-4 Maj. B. Dangua (PA)
CO 43d Infantry Maj. P. Calvert (USA)
CO 121st Infantry Maj. G. Barnett (USA)

Maharlika Guerillas

CO LTC F. Marcos (PA) (Now President of the Philippines)

Lapham Guerillas

CO Capt. R.B. Lapham (AUS)
Capt. A.S. Hendrickson (AUS)
Capt. R. Hunt (AUS)

Panay Island (6th Military District; 61st Division)

CO Col. Macario Peralta (PA)
XO LTC L.R. Relunia (PA)
AG LTC F. Montinola (PA)
CO 1st Combat Team LTC C.B. Garcia (PA)
CO 2nd Combat Team LTC P. Serran (PA)

Negros Island (7th Military District; 71st Division)

CO LTC S. Abcede (PA)

Bohol Island

CO Maj. I.P. Ingeniero (PA)

Mindanao Island (10th Military District)

CO 10th Md Col. W.W. Fertig (AUS)
CofS LTC. S.J. Wilson (USNR)
DCS Maj. M.M. Wheeler (USNR)
G-1 Maj. F.W. Lagman (AUS)
G-2 Maj. H.A. Rosequist (AUS)
G-3 Maj. P. Destajo (PA)
G-4 Maj. O. Hipe (PA)
Eng Maj. N. Capistrano (PA)

Mindanao Island (continued)

QM 1Lt R. Crump (AUS)
SigO Capt. J. Garland (AUS)
CO 105th Division LTC H. Garma (PA)
CO 121st Separate Regiment Lt. D. LeCouvre (AUS)
CO 107th Regiment LTC J. Teano (PA)
CO 108th Division LTC C. Hedges (USAR)
CO 124th Regiment CPT M. Arumpac (PA)
CO 108th Regiment Maj. F.P. Quejada (PC)
CO 120th Regiment CPT P. Andres (PA)
CO 109th Division LTC J. Grinstead (AUS)
CO 109th Regiment Maj. Laplap (PA)
CO 111th Regiment CPT J.S. Cruz (PA)
CO 112th Regiment CPT W. McLaughlin (AUS)
CO 110th Division LTC E.E. McClish (AUS)
CO 110th Regiment Maj. R.P. Dongallo (PA)
CO 114th Regiment Capt. P.H. Marshall (AUS)
CO 107th Division LTC C. Laureta (PA)
CO 130th Regiment LTC C. Laureta (PA)
CO 111th Battalion LT. O.P. Wilson (AUS)
CO 112th Battalion LT. A. Haratik (AUS)

be equated to that of a U.S. Army division, once Fertig received sufficient supplies. This is not, however, to imply that only the U.S. Army led guerrilla units were effective. Two particularly good guerrilla units, on Panay and Negros Islands, were led by PA officers. It should also be noted that within many guerrilla units command was mixed among U.S. Army and PA officers - particularly illustrative of this sort of arrangement was Colonel Fertig's Mindanao command.

No guerrilla movement can operate entirely within the restrictions of the Articles of War, the Geneva Conventions, or the Rules of Land Warfare, and the World War II guerrilla movement in the Philippines was no exception to this generalization. Colonel Volckmann throws some light on this subject:

> "Each district commander was charged with the responsibility of obtaining and maintaining civilian support in his district. The greatest menace to this program was not the Japanese but rather the spies, informers, and collaborators operating for them. . . . Those who were spying for the Japs were apprehended and eliminated; every effort was made to find the kingpins in every spy net that was uncovered. . . . Our secret agents eventually caught up with many of these people. . . . For instance, during the course of our counterespionage campaign a number of Filipino agents working for the Japanese took refuge in the town of Cervantes in Ilocos Sur. A unit of the First District raided the town at night, pinned the Japs in their foxholes, and then set fire to a building into which all the spies had fled." *

* Volckmann, op. cit., pp. 125 - 26

The nature and impact of the guerrilla movement is demonstrated by the words of another expert in the field:

> "The innumerable guerrilla sagas, which are now told and retold, have emerged primarily because the nation [the Commonwealth of the Philippines]

felt at the time that this guerrilla resistance was one of the finest hours for the Philippine people. The universality of the movements and the mass participation in them was tangible proof that the initial decision to fight against the Japanese and for the Americans was a commitment of the people. Filipinos continued the fight as staunchly after the formal surrender as before. The nation felt itself part of the front line. This will of the people was virtually an insurmountable obstacle to the Japanese planners."

---

* Extracted from Steinberg, op. cit., pp. 55 - 60.

---

From the same source comes the following impact statements:

"The resistance to the Japanese effectively continued even after General Wainwright ordered as surrender of all Fil-American troops. This continuing military effort, waged by pockets of Filipinos in the face of tremendous hazards, was one of the critical factors of the war years. It forced the Japanese to maintain vigilance, casting them in the role of military conquerors just when they were attempting to win Filipino loyalty. Every Japanese decision was directly or indirectly influenced by this fact of continuing belligerency, and the dilemmas posed were enormous. . . . Armed guerrilla resistance exacerbated an endemic military problem for the Japanese, who were eager to dispatch the maximum number of troops to the combat zone as soon as possible, and it created as well a political alternative to the Japanese-sponsored government in Manila. The Japanese army was unable to pacify the Philippines, with the result that in the political sphere the struggle for the nation's allegiance continued unabated. Since guerrilla groups made clandestine but direct contact with MacArthur's headquarters, they kept the issue of dual government alive implicitly. The fragmentary quality of the initial guerrilla movement evolved into a sophisticated network of guerrilla operations which received coordinated orders from MacArthur's staff. These ubiquitous guerrilla organizations, which managed to broaden the Commonwealth allegiance of the people to include themselves, developed civilian as well as military functions. Each competed directly with the local or provincial governments established by the Japanese and the [Japanese-appointed] Executive Commission. Each sapped the authority of these local governments to the extent that Japanese-backed governments existed only where the Japanese garrisons were large enough to force compliance."

From May 1942 (when the final USAFFE surrender came) until May 1944 (when the Japanese started building up their forces in the Philippines against the obviously-coming Allied re-entry) the Japanese maintained in

the islands a permanently "assigned" garrison of 24 infantry battalions, supported by artillery units, intelligence and MP units, various technical service support units, and military government administrative units. This hardly tells the whole story, however. For example, the 65th Brigade, which had participated in the Bataan Campaign, did not leave the islands until November 1942, and even then left behind its 122d Infantry, which did not depart until August 1943. The last elements of the 4th Infantry Division did not leave until the latter half of CY 1943, while the 2d Infantry Division, which had not participated in the 1st Philippine Campaign, spent some months in the islands during 1943. Finally, the 16th Infantry Division, which had played a major role in the Bataan Campaign, never left the Philippines during the war. Instead, that division engaged in rebuilding and training activities and furnished cadres for other Japanese Army units. Whatever the case, all such units outside the "assigned" garrision certainly undertook anti-guerrilla operations as part of their training and rebuilding.

The build-up of Japanese forces in the Philippines beginning in May 1944 (and lasting until November 1944) did little to help reduce the guerrillas. During the period May 1942 to May 1944 the Japanese could maintain control only over the major cities and towns, leaving the countryside to the guerrillas, a failure of domination that the average Filipino was quick to notice. Then, after the build-up started in May 1944, Japanese preoccupation lay largely with preparing defensive positions. The additional strength the Japanese poured into the Philippines beginning in May 1944, they thought, would be sufficient to

reduce the guerrilla threat to a mere nuisance, but this did not prove to be the case. Instead, with an obvious Allied invasion of the Philippines becoming more and more imminent, additional thousands of Filipinos flocked to overt guerrilla forces. At the same time, MacArthur's headquarters stepped up the pace of supplying the guerrillas with necessary equipment, mainly by submarine but also, especially after the invasion of Leyte in October 1944, by aircraft. In other words, as Japanese strength grew beginning in May 1944 so did that of the guerrillas. This is not to say that wherever the Japanese determined they had to, they could not concentrate sufficient strength to disperse guerrilla forces in a given locality. But as the Japanese reported (in the chronological context of August 1944):

> "Importance was attached to the districts in which a state of order was necessary for the execution of the [defensive] operations and the collection of information, and it was planned to improve the situation by the end of August. However, the guerrillas, supplied with arms, ammunition, and clothing by the American Forces, anticipating them to attack the Philippines in the near future, were very active and carried out well planned raids. The guerrillas rose up against our forces everywhere and even attacked our garrisons. . . ."*

---

* Japanese Monograph No. 3, p. 56.

---

On 28 October 1944 President Osmeña issued Executive Order No. 21, designating all "recognized" guerrilla units and personnel as part of the PA. By this time, MacArthur's "recognition" program was already well along -- Volckmann and Fertig, for example, had already been "recognized" -- and the pace of such recognitions speeded as MacArthur's forces gained

control over more areas of the Philippines. As the 2d Philippine Campaign progressed, MacArthur called into the service of the U.S. Armed Forces most (if not all) of the "recognized" guerrilla units, in accordance with the continuing authority of President Roosevelt's Military Order of 26 July 1941. *

---

* That this authority continued is evidenced in Memo, JAG to OPD, 23 January 1945, subj: Status of persons "conceded" by President of Philippines to be on active service in the Philippine Army. JAG File SPJCA 1944/13110, copy in WD OPD File, OPD 336.2, Section II, National Archives.

---

Thus, by President Osmena's Executive Order No. 21 and MacArthur's directives, the bulk of the guerrilla organizations became organic elements of the PA in the service of the U.S. Armed Forces. Many of the guerrilla organizations retained their guerrilla designations until disbanded; others were redesignated as TOE elements of the rebuilding "regular" PA -- for example, Volckmann's USAFIP(NL) ultimately evolved into the 2d PA Division. *

---

* Recognition was not extended to a large Communist guerrilla group, the HUKBALAHAP, nor to a number of small so-called guerrilla groups who were clearly only a collection of bandits. If memory serves, in a few cases recognition, once extended, was rescinded.

---

In addition to the effective combat roles played during the 2d Philippine Campaign by some guerrilla forces -- Volckmann, Fertig, and Anderson, among others -- the guerrilla forces called into the PA and the service of the U.S. Armed Forces effected huge savings of U.S. Army manpower during the reoccupation period. Such guerrilla units furnished

guides; supplemented the efforts of U.S. Army supply agencies; provided guards for roads, bridges, and all types of U.S. Army installations; and formed the nucleus of the USAFFE MP Command, established to maintain law and order in the Philippines during the difficult transition period to Philippine independence in 1946. Without the combat and support contributions of the guerrilla forces, both before and after the re-entry into the Philippines in October 1944, the task of reoccupying the Philippines would have been vastly more costly to the United States in terms of time, money, manpower, and casualties.

ADDENDUM TO OCMH STUDY 94, "THE STATUS OF MEMBERS OF PHILIPPINE MILITARY FORCES DURING WORLD WAR II."

PART V, "THE PHILIPPINE SCOUTS (PS).

Add after the last textual sentence on p. 44 (as previously corrected):

By Radio Z-26511, 25 March 1946, MacArthur requested from the War Department permission to extend the authority of WAR-58078 from 31 December 1945 to 30 June 1946. He stated that there were approximately 150 known cases of "old" PS EM who were unable to report for processing into the AUS by 31 December 1945, because of sickness, transportation problems, or other causes. By Radio WCL-28796 of 27 March 1946, the War Department pointed out to MacArthur that the extension granted by WAR-58078 of 31 August 1945 had been granted before the passage of PL 190, 79th Congress, authorizing the "new" PS of 50,000 troops. The War Department felt that in view of the difficulties encountered in raising the "new" PS, MacArthur's request was inappropriate. Accordingly, WCL-28796 turned down MacArthur's requested extension.

Supporting papers are attached.

ROBERT R. SMITH
Chief, General History Branch
25 July 1973

PERSONNEL DIVISION G-1, WDGS

FILE NO. WDGAP [illegible] (23 Aug 45)

SUSPENSE DATE: [illegible] Apr 46

CROSS INDEXES: [illegible]
Philippines ( [illegible] )

ORIGIN
[illegible] 65099 (26 Mar 46) fr Japan to WD [illegible] 26 Mar 46 refers to WC-IN 22573, 23 Aug 45 and W 58078.

SUBJECT & ACTION REQUESTED
Philippine Scouts. ( request authority to extend deadline to enl former mbrs of Phil Scouts in AUS fr 31 Dec 45 to 30 June 46. Approx 150 known cases of former scouts who were unable to report for processing into the AUS prior to 31 Dec 45 thru no fault of their own due to sickness, transportation etc)

ACTION RECOMMENDED Radio to CINCAFPAC

M/R: CINCAFPAC in SECRET rad 23 Aug 45 concurred in immediate termination of authority for enl in AUS of individuals who are members of Phil Army and civilian Filipino nationals but stated, believed authority for reenl of Phil Scouts in AUS should be continued until 31 Dec 45 as Phil Scouts are still being recovered fr remote regions and fr Guerrilla Forces until recently in combat; anticipated that all those recoverable would be ret to full mil control by 31 Dec 45. WD SECRET rad 58078 authorized reenl of Phil Scouts in AUS until 31 Dec 45. PL 190, 79th Cong authorized S/W to enl 50,000 men in the Phil Scouts for service in the PI in the occupation of Japan and of lands now or formerly subj to Japan and elsewhere in the Far East; citizens of the PI to be eligible to volunteer for such service. This law was approved 6 Oct 45. In view of the difficulties encountered in enlisting men for Phil Scouts under the above cited authority, the above action seems appropriate. Inspite of the SECRET classification of previous radios the unclassified category considered appropriate for this action.

CONCURRENCE: Legal Br (Lt Col McConnell) concurs

FOR: ☐ ACTION ☐ COMMENT OR CONCURRENCE ☐ REMARK OR RECOMMENDATION ☐ INFORMATION

| | | |
|---|---|---|
| ☐ REQ RES & REPL<br>☐ STAT CONTROL } ☐ MANPOWER CONTROL | 26 MAR 1946 1800 | ☑ DISPATCH [illegible] |
| ☐ PROCUREMENT MAR 26 5 PM | ACTION OFFICER Col Button | ☐ LOG |
| ☐ CLASS & ASSIGN<br>☐ PERS ACTIONS<br>☐ SEPARATIONS } ☐ MIL PERS MANAGEMENT | INITIALS [illegible] DATE 27 MAR 1946 | ☐ FILE [illegible] |
| ☐ WELFARE | (INITIAL TO INDICATE APPRV) | |
| ☐ LEGISLATIVE<br>☐ DISCIPLINARY<br>☐ EMOLUMENTS } ☐ MIL PERS SER | ☐ BRANCH CHIEF [initials] | DISPOSITION (FOR USE OF MESSAGE CENTER). |
| ☐ GEN OFFICERS | ☐ DEPUTY, MANPOWER CONTROL | |
| ☐ ARMY ADMIN | ☐ CHIEF, MANPOWER CONTROL | |
| ☐ S/A FOR INDIV COUNSEL | ☑ DEPUTY, MIL PERS MANAGE [initials] | |
| ☐ | ☑ CHIEF, MIL PERS MANAGE [initials] | |
| | ☐ DEPUTY, MIL PERS SER | |
| | ☐ CHIEF, MIL PERS SER | |
| | ☐ ASST PLAN & POL COORD | |
| | ☐ EXEC OFFICE | |
| | ☐ DEPUTY, G-1 | |
| | ☐ G-1 | |

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By [illegible], NARS Date 7-16-73

23-75035-10M

G-1
3-26/1446
REB/72511/wmp
JHM/3182
27 Mar 46

REB/72511/wmp

Procurement Branch, Personnel Division, G-1 Unclassified

COMMANDER IN CHIEF
ARMY FORCES
PACIFIC
TOKYO JAPAN

Routine

WCL28796 Z25511 Unclassified

CINCAFPAC SIGNED WARCOS CITE WARGONE REURAD ZEBRA TWO SIX FIVE ONE ONE MARCH TWO FIVE

OURAD WILLIAM FIVE EIGHT ZERO SEVEN EIGHT WAS DISPATCHED PRIOR TO ENACTMENT OF PUBLIC LAW ONE NINE ZERO CMA SEVEN NINE CONGRESS PD YOUR REQUEST TO EXTEND DEADLINE TO ENLIST FORMER MEMBERS OF PHILIPPINE SCOUTS IN ARMY OF UNITED STATES TO THREE ZERO JUNE FOUR SIX IS NOT FAVORABLY CONSIDERED SINCE IT WOULD BE CONSIDERED A DETERRENT TO THE RECRUITING PROGRAM FOR THE PHILIPPINE SCOUTS AUTHORIZED IN ABOVE CITED LAW

210.1 (23 Aug 45)

MEMO FOR RECORD: CINCAFPAC in SECRET radio 23 Aug 45 concurred in immediate termination of authority for enlistment in AUS of individuals who are members of Philippine Army and civilian Filipino nationals but stated, believed authority for reenlistment of Philippine Scouts in AUS should be continued until 31 Dec 45 as Philippine Scouts are still being recovered from remote regions and fr Guerrilla Forces until recently in combat; anticipated that all those recoverable would be returned to full mil control by 31 Dec 45. WD SECRET radio 58078 authorized reenlistment of Philippine scouts in AUS until 31 Dec 45. PL 190, 79th Cong authorized S/W to enlist 50,000 men in the Phil Scouts for service in the PI in the occupation of Japan and of lands now or formerly subject to Japan and elsewhere in the Far East; citizens of the PI to be eligible to volunteer for such service. This law was approved 6 Oct 45. In view of the difficulties

DISTRIBUTION: CGS
OPD
[illegible] Div

Unclassified

Brigadier General, GSC

[illegible]
Return to 2B 923

WDGAP-210.1-(23 Aug 45) 27 Mar 46

M/R cont'd

encountered in enlisting men for Philippine Scouts under the above cited authority, the above action seems appropriate. Inspite of the SECRET classification of previous radios the unclassified category considered appropriate for this action.

current

# WAR DEPARTMENT
## CLASSIFIED MESSAGE CENTER
## INCOMING CLEAR MESSAGE

PRIORITY

From: CINCAFPAC Tokyo, Japan

To: War Department

Nr: Z-26511 25 March 1946

Z-26511 from CINCAFPAC to WARTAG.

Reurad W 58078 and ourad C 35968.

Request authority to extend deadline to enlist former members of Philippine Scouts in AUS from 31 December 45 to 30 June 46.

There are approximately 150 known cases of former scouts and possibly others who were unable to report for processing into the AUS prior to 31 December 45 through no fault of their own due to sickness, transportation difficulties and other similar causes.

End

Note: C 35968 is MC-IN-22373 (23 Aug) G-1

ACTION: G-1

INFO : OPD
G-3
Bud Div

MC-IN-65099 (26 Mar 46) DTG 251359Z wrb

UNCLASSIFIED

WAR DEPARTMENT—OFFICIAL BUSINESS

# OUTGOING CLASSIFIED MESSAGE

| DEFERRED-ROUTINE-PRIORITY-URGENT PRECEDENCE | OFFICE OF ORIGIN | EXTENSION |
|---|---|---|
| PRIORITY | PERSONNEL DIVISION, G-1 ENLISTED BRANCH | 4200 |
| DATE 31 AUGUST 1945 | WDGAP 210.1 (23 Aug 45) | NAME OF OFFICER PREPARING: Lt Col Hanson/bk JRH |

CLASSIFICATION ☐ RESTRICTED ☐ CONFIDENTIAL ☒ SECRET ☐ TOP SECRET

(LIST EACH ADDRESSEE SEPARATELY. USE UPPER CASE AND DOUBLE SPACING BETWEEN EACH ADDRESS AND THROUGHOUT MESSAGE)

TO: COMMANDER IN CHIEF ARMY FORCES PACIFIC COMMAND MANILA PHILIPPINES

REENLISTMENT OF PHILIPPINE SCOUTS IN AUS CMA REURAD C THREE FIVE NINE SIX EIGHT DATED TWENTY THREE AUGUST CMA AUTHORIZED UNTIL THIRTY ONE DECEMBER, NINETEEN FORTY FIVE PD SIGNED WARCOS

PERSONNEL DIVISION ... DEPT. GEN. STAFF

210.1 (23 Aug 45)

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By EJ NARS Date 7-16-73

CM-OUT-58178

Nr C 35968 is CM-IN-22373 (23 Aug 45)

| DISTRIBUTION | COORDINATION, CONTENT AND CLASSIFICATION AUTHENTICATED BY: |
|---|---|
| OPD | HARLAN C. PARKS |
| G-3 | TYPED NAME AND GRADE: GSC Executive, Personnel Group, G-1 |
| Budget Div. | COORDINATION |
| | DIVISION |
| | SIGNATURE OF RESPONSIBLE OFFICER |

W. D., A. G. O. FORM NO. 990
1 June 1944
This form supersedes W. D., A. G. O. Form No. 990, 2 September 1942, which may be used until existing stocks are exhausted.

CHIEF CLERK, G-1

WAR DEPARTMENT
CLASSIFIED MESSAGE CENTER
# INCOMING CLASSIFIED MESSAGE

[redacted]

PARAPHRASE NOT REQUIRED PER EXCEPTIONS PAR 44g AR 380-5

From: Commander in Chief Army Forces, Pacific Command
Manila, Philippines

To: War Department

Nr: C 35968 23 August 1945

From CINCAFPAC to WARCOS C 35968.

Reurad W 50126 August 15, members of Philippine Army and civilian Filipino nationals are not being enlisted or appointed in the AUS at the present time nor is such action contemplated.

Concur in immediate termination of authority for appointment or enlistment in AUS of individuals in these categories. However believe authority for reenlistment Philippine Scouts in AUS should be continued until 31 December. Philippine Scouts are still being recovered from remote regions and from guerrilla forces until recently in combat.

It is anticipated that all those recoverable will be returned to full military control by date indicated.

End

ACTION: G-1

INFO : OPD, G-3, Bud Div

CM-IN-22373 (23 Aug 45) DTG 23/0707Z da

[redacted]

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By E7 NARS Date 7-16-73

COPY NO. 22

THE MAKING OF AN EXACT COPY OF THIS MESSAGE IS FORBIDDEN

WAR DEPARTMENT
CLASSIFIED MESSAGE CENTER

# INCOMING CLASSIFIED MESSAGE

NOTICE OF CHANGE OF ACTION

23 August 1945

CM-IN-22373 Message No: C 35968

Date: 23 August 1945 From: Manila, PI

CHANGE ACTION:

From: OPD Pacific Ashworth

To: G-1 Col Schmick

Request made by OPD M/G Sheehy

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By EJ, NARS Date 7-16-73

ACTION: G-1

INFO: OPD

CM-IN-22373 (23 Aug 45) rmt

COPY NO.

THE MAKING OF AN EXACT COPY OF THIS MESSAGE IS FORBIDDEN

PERSONNEL [illegible], G-1, WDC

210.1 Philippines
342.06 Philippines

PERSC-1 (23 Aug 45)

SUSPENSE

RECEIVED DATE NUMBER

23 Aug 45

IN CM-IN-22373 (23 Aug 45) fr CICAF, PO Manila Philippines to WD #C 35968 (23 Aug 45)
cpy 22 and Chg of Actn fr OPD to G-1 dtd 23 Aug 45
ECT Enlistment or Appointment in AUS of members of Philippine Army and civilian Filipino nationals..(They are not being enl or apptd in AUS nor is such action contemplated.. concur in termination of authority for appt or enl in AUS of individs in these categories Authority for reenlistment Philippine Scouts in AUS shld be continued until 31 Dec 45... etc.)

ACTION ✓ COMMENT OR CONCURRENCE REMARK & RECOMMENDATION INFORMATION

| | | | |
|---|---|---|---|
| DEPUTY<br>Gen. Berry | CH., PERS. GRP.<br>Gen. Nelson | EXECUTIVE<br>Col. Schmick | ASST. EXECUTIVE<br>Lt. Col. Rogers |

| | | | | |
|---|---|---|---|---|
| EXEC., PERS. GRP.<br>Col. Parks | REPLACEMENTS<br>Col. Jordan | STATISTICS<br>Maj. Bonis | GEN. OFF. BR.<br>Col. Bertsch | DIRECTOR, WAC<br>Col. Boyce |

| OFF. BR. | ENL. BR. | PLAN. BR. | MISC. BR. | SP. PROJ. BR. | LEGIS. BR. |
|---|---|---|---|---|---|
| Werner | Col. Brett | Lt. Col. Webber | Lt. Col. Pasolli | Lt. Col. Yudelson | Col. Cross |
| Michaelis | Col. Button | Lt. Col. Baumer | Lt. Col. Jones | Maj. Brown | Lt. Col. McConnell |
| Waetcke | Lt. Col. Friend | Lt. Col. v Schrader | Lt. Col. Dervan | Capt. Kline | Lt. Col. Herberg |
| Col. Molter | Lt. Col. Bowman | | Maj. Bowman | | |
| Col. Wilson | Lt. Col. Dow | | | | |
| Col. McClure | Lt. Col. Mathis | | | | |

WDGAP

Lt Col Harrison

See Col Button re this
B

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By ET, NARS Date 7-16-73

[redacted]

G-1 File Copy

25-54390-3