# In the United States Court of Federal Claims

**06-191C**

**Filed: October 26, 2007**

**JUSTINA C. HERNANDEZ**

**v.**

**THE UNITED STATES**

**Plaintiff's Motion for an enlargement of time "out of time"**
**and extended deadline for sixty (60) days to January 3, 2008**
**to Respond to the Motion to Dismiss**

The above document has been filed with the Clerk’s Office in hard copy and is not available electronically. To view this document please contact the Clerk’s Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.